Ruffin, Judge.
 

 The construction of the deed under which the Plaintiffs claim, is settled in our law. Upon the whole deed, the donees take in succession. The limitations over are unquestionably void. The construction may be varied by the law of another State, in which it was executed. If it was executed in Virginia, the Plaintiff should have proved the fact and the law of Virginia. It may be, and probably is the law in that State, that remainders in slaves after a life estate are valid, as they are known to certain purposes to have been part of the realty. But if it beso, the burden of making
 
 *543
 
 it appear rested on the Plaintiffs, and in ttie absence of such evidence, the opinion of the Court below is correct.
 

 Per Curiam. — Let the judgment of the Court below be affirmed.